# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 19-07187 JAK (SS) | Date: | December 9, 2019 |
| Title: | Terry Hubbard v. Eduardo P. Cardenas et al. | | |

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Donnamarie Luengo | Tape No.: CS 12/09/2019 |
|---|---|
| Deputy Clerk | Court Recorder: CourtSmart |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Dennis Jay Price | Ahmad Said Takouche |
| | Karla J. Kraft |

**Proceedings:** (In Chambers) **ORDER TO SHOW CAUSE RE: FAILURE TO APPEAR ON TIME TO SETTLEMENT CONFERENCE**

On December 9, 2019, at 10:00 a.m., a settlement conference was set before the undersigned. *See* Dkt. No. 27. Defendants Eduardo P. Cardenas and Maria M. Cardenas, Defendants' *pro bono* counsel, and Plaintiff's counsel arrived on time. Plaintiff's counsel informed the Court that Plaintiff Terry Hubbard ("Plaintiff") missed his bus and would arrive within 40 minutes. Plaintiff arrived at 11:12 a.m., more than an hour after the scheduled settlement conference was set to begin.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing, as to why the Court should not impose monetary sanctions against him for failing to appear on time to the settlement conference. Plaintiff shall file a declaration by December 19, 2019, explaining his failure to make a timely appearance at the settlement conference. After receiving the declaration, the Court will determine whether a hearing on the matter is warranted.

**IT IS SO ORDERED.**

| | : | .01 |
|---|---|---|
| | Initials of Preparer | dl |